C/email

email rec'd 10/31

# LAW OFFICE OF
## ZACHARY MARGULIS-OHNUMA

October 30, 2019

**Via E-mail**

Hon. Joanna Seybert
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11711

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 31 2019 ★

LONG ISLAND OFFICE

    RE: <u>U.S. v. Brian Mohr</u>, 19 Cr. 498

Dear Judge Seybert:

  This office represents the defendant Brian Mohr in the above-captioned case. I write on consent of the government and pretrial services to request a modification of Mr. Mohr's conditions of release.

  Currently, the bond does not allow Mr. Mohr access to the internet for any purpose. Mr. Mohr works full-time as a traveling sales representative, and the use of his work e-mail is essential to his job performance. Therefore, Mr. Mohr requests that his cellular phone, which is currently in the custody of Pretrial, be returned to him so that he may use it to access his work e-mail while he is travelling to see customers. Mr. Mohr understands that Pretrial will install monitoring software on the device and that his usage is limited to tasks necessary for his job.

  Thank you for your consideration.

                                   Very truly yours,

                                   *Victoria Nicole Medley*

                                   Victoria Nicole Medley

*Approved.*

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: Oct. 31, 2019
Central Islip, NY

CC:  AUSA Paul Scotti (via email)
      Pretrial Services (via email)

260 MADISON AVENUE, 17TH FLOOR • NEW YORK, NY 10016
(212) 685-0999 • ZACH@ZMOLAW.COM
WWW.ZMOLAW.COM