AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19-cr-00498-JS |
| Brian Mohr | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brian Mohr                                            .

Date:   11/26/2019

s/ Zachary Margulis-Ohnuma
*Attorney's signature*

Zachary Margulis-Ohnuma
*Printed name and bar number*
Law Office of Zachary Margulis-Ohnuma
260 Madison Ave, 17th Floor
New York, NY 10016

*Address*

zach@zmolaw.com
*E-mail address*

(212) 685-0999
*Telephone number*

(212) 685-0922
*FAX number*