# Law Office of
# Zachary Margulis-Ohnuma

March 24, 2020

**Via ECF**

Hon. Joanna Seybert
100 Federal Plaza
Central Islip, NY 11722

    RE: U.S. v. Brian Mohr, 19 Cr. 498

Dear Judge Seybert:

This office represents the defendant Brian Mohr in the above-captioned case. I write to request that the status conference scheduled for Tuesday, March 31, 2020 be adjourned approximately 90 days in light of the ongoing COVID-19 pandemic. The government consents to this request.

The parties respectfully request that the status conference be adjourned to permit the parties additional time to exchange and review discovery and to engage in potential plea negotiations, as well as to accommodate current difficulties related to the COVID-19 pandemic.

Therefore, I respectfully request that the March 31, 2020 status conference be adjourned 90 days or any day thereafter convenient to the Court. Mr. Mohr waives time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(a), until the date of the next conference.

Thank you for your attention to this case.

    Very truly yours,

    *Victoria Nicole Medley*

    Victoria Nicole Medley

CC:  AUSA Paul Scotti (via ECF)

260 Madison Avenue, 17th Floor • New York, NY 10016
(212) 685-0999 • zach@zmolaw.com
www.zmolaw.com